UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-20347-CR-MIDDLEBROOKS (MARTINEZ)

UNITED STATES OF AMERICA

    Plaintiff,

vs.

RICHARD SHERIDAN,

    Defendant.
_____/

## CHANGE OF PLEA

On **October 1, 2019** the above named defendant appeared in person before the Honorable **Jose E. Martinez** United States District Judge, with **Manuel Gonzalez Jr., counsel appointed by the Court**/retained by the defendant and the defendant stated in open court that **he** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) **2** of the **Indictment/** Information.

**Government presented 3 composite (photographs) as government exhibit 1 for the purpose of this hearing.**

After the defendant was duly sworn, the Court made a finding that the defendant was competent to proceed. The Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

- ( **X** ) The Court proceeded to pronounce sentence. (See J&C)
- (   ) The Court postponed sentencing until
- (   ) The defendant being allowed to remain on bond.
- (   ) The defendant being remanded to the custody of the U.S. Marshal Service until a _____ bond in the amount of $_____ is approved and posted.
- (   ) The defendant remains in custody of the U.S. Marshal awaiting sentencing.

The U.S. Attorney announced Count(s) remaining as to this defendant would be dismissed on the government's motion at sentencing.

AUSA: Thomas Watts-Fitzgerald
Gary Donner-Dept. of Justice
Robert Snow-Fish and Wildlife
Reporter: Dawn Savino
Courtroom Deputy: Wanda Holston
Interpreter:_____